]IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *Plaintiff,* v. JOHN LAWTON LEDINGHAM, *Defendant.* | CIVIL NO. 6:07-CR-00007 ORDER JUDGE NORMAN K. MOON |

In accordance with the accompanying Memorandum Opinion, it is hereby ORDERED that Defendants' motion for a new trial is DENIED. The Clerk of the Court is hereby directed to send a certified copy of this Order and the accompanying Memorandum Opinion to all counsel of record and to Defendant.

ENTERED: This 17th Day of February, 2010

NORMAN K. MOON
UNITED STATES DISTRICT JUDGE